1  ANISH VASHISTHA Cal. SBN 244276
2  Law Firm of Anish Vashistha,
   A Professional Law Corporation
3      5055 Wilshire Blvd., Suite 320
4      Los Angeles, California 90036-6101
       Telephone: (323) 592-9980
5      Facsimile: (323) 592-3260
6      Email: Anish@LawFirmAV.com
7
   Attorney(s) for Plaintiff,
8  SHIVKUMAR VENKATRAMAN

*GRANTED — Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIVKUMAR VENKATRAMAN,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>JEH JOHNSON, ET AL.,<br><br>　　　Respondents. | Case No.: 16-cv-00639-EJD<br><br>Agency No. A088902525<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT<br><br>The Honorable Edward J. Davila<br>United States District Judge<br>Courtroom 4, 5th Floor<br>280 South 1st St.<br>San Jose, California 95113 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

The plaintiff, Mr. Shivkumar Venkatraman (hereinafter "Plaintiff" or "Mr. Venkatraman"), through his undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-entitled action is dismissed.

DATED: June 17, 2016                    LAW FIRM OF ANISH VASHISTHA,
                                        A PROFESSIONAL LAW CORP.

                                         /s Anish Vashistha
                                        ANISH VASHISTHA,
                                        Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Case No. 16-cv-00639-EJD

I, Anish Vashistha, hereby certify that on June 17, 2016, a copy of the foregoing "PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT" was filed electronically using the Court's electronic-filing system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

/s Anish Vashistha
ANISH VASHISTHA
Attorney for Plaintiff,
Shivkumar Venkatraman